# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2021 KW 0363

VERSUS

KEYON PULLINS                                            **MAY 17, 2021**

---

In Re:  Keyon Pullins, applying for rehearing, 19th Judicial District Court, Parish of East Baton Rouge, No. 20-04687.

---

**BEFORE:  GUIDRY, McCLENDON, AND LANIER, JJ.**

**APPLICATION FOR REHEARING DENIED.** An application for rehearing will not be considered where this court denied the original writ application. See Uniform Rules-Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEYON PULLINS

NO. 2021 KW 0363

**APRIL 26, 2021**

---

In Re:  Keyon Pullins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 20-04687.

---

**BEFORE:  GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.**  The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court denied relator's "motion for dismissal" on April 5, 2021.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT